FILED
2013 Dec-16  PM 09:46
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **FRANCES MCINTYRE THOMPSON, an individual,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Act. No.:  12-CV-01018-JEO** |
| **RESURGENT CAPITAL SERVICES, L.P., a corporation; PYOD, LLC,  a corporation;** | ) ) ) ) ) | |
| **Defendants.** | ) | |

## THOMPSON'S EVIDENTIARY SUBMISSION IN SUPPORT OF THOMPSON'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

**COMES NOW,** the Plaintiff, Frances McIntyre Thompson ("Thompson") and files the following exhibits in support of her Response in Opposition to Defendants' Motion for Summary Judgment:

Exhibit A:   Deposition of Frances McIntyre Thompson

Exhibit B:   Deposition of Tonya Henderson

Exhibit C:   Deposition of Jean Paul Torres

Exhibit D:   Collection Notes, RES13-19

Exhibit E:   Purchaser Documents, RES1-12

Exhibit F:   NCI Letter

Exhibit G:    Thompson Letter dated January 13, 2012

Exhibit H:    Resurgent Letter dated February 15, 2012

Exhibit I:    Thompson Letter dated February 20, 2012

Exhibit J:    Resurgent Letter dated February 20, 2012

Exhibit K:    Resurgent Letter dated March 28, 2012

Exhibit L:    Thompson's Notes of the March 15, 2012 call.


/s/ M. Stan Herring
**John G. Watts (ASB-5819-t82j)**
**M. Stan Herring (ASB-1074-n72m)**
Watts & Herring, LLC
301 19th Street North
Birmingham, Alabama 35203
(205) 879-2447
(888) 522-7167 *facsimile*
john@wattsherring.com
stan@wattsherring.com
**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that on **December 16, 2013**, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Neal D. Moore, Esq.
Ferguson, Frost & Dodson, LLP
2500 Acton Road, Suite 200
Birmingham, AL 35243


/s/ *M. Stan Herring*
OF COUNSEL