FILED
2015 Jul-27  PM 08:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| FRANCES MCINTYRE THOMPSON, an individual, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) | Civil Act. No.:  12-CV-01018-JEO
| RESURGENT CAPITAL SERVICES, L.P., a corporation; PYOD, LLC, a corporation; | ) ) ) ) |
| Defendants. | ) |

### DEFENDANTS' WITNESS LIST

Defendants, Resurgent Capital Services, L.P. and PYOD, LLC, by and through their attorneys of record, submit the following as their Witness List in the above-styled case.

**A.   Primary Witnesses expected to be present at trial and called:**

1. Frances McIntyre Thompson, c/o Stan Herring, Watts & Herring, LLC, 301 19th St N, Birmingham, AL 35203

2. Tonya Henderson, or a Designated Representative of Resurgent Capital Services, L.P., c/o Neal D. Moore, III & F. Tucker Burge, Jr., Ferguson, Frost, Moore & Young, LLP, 1400 Urban Center Drive, Birmingham, AL 35242, (205) 879-8722.

**B.   Optional Witnesses:**

1. A Designated Representative of PYOD, LLC., c/o Neal D. Moore, III & F. Tucker Burge, Jr., Ferguson, Frost, Moore & Young, LLP, 1400 Urban Center Drive, Birmingham, AL 35242, (205) 879-8722.

2. Randi Curb, c/o Stan Herring, Watts & Herring, LLC, 301 19th St N, Birmingham, AL 35203

    3.    Any witness necessary for authentication purposes

**C.**    **Witnesses Expected to be present through deposition**

    1.    Tom Gregory, OVM Solutions

Respectfully submitted,

/s/ Neal D. Moore, III
Neal D. Moore, III
F. Tucker Burge, Jr.
*Attorneys for Defendants Resurgent Capital Services, L.P. and PYOD, LLC*

**OF COUNSEL:**
FERGUSON, FROST, MOORE & YOUNG, LLP
1400 Urban Center Drive, Suite 200
Birmingham, Alabama  35242

## CERTIFICATE OF SERVICE

This is to certify that on this the 27th day of July, 2015, a copy of the forgoing document has been served upon counsel for all parties to this proceeding via CM/ECF:

John Watts
Watts & Herring
The Kress Building
301 19th Street North
Birmingham, Alabama  35203
*Counsel for Plaintiff*

                                              /s/ Neal D. Moore, III
                                              OF COUNSEL