FILED
2015 Dec-04 PM 12:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| FRANCES McINTYRE THOMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: |
| ) | 2:12-cv-1018-JEO |
| RESURGENT CAPITAL SERVICES, ) | |
| L.P., and PYOD, L.L.C., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

A joint stipulation of dismissal has been filed in this action, signed by counsel for all parties who have appeared. (Doc. 71). Accordingly, this action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs, expenses, and fees. The clerk is **DIRECTED** to close the file.

**DONE**, this 4th day of December, 2015.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge